FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 09 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------

**Mecos, Sr.L.,,**
        Plaintiff,

-vs-

**Georal International, Ltd., et. al.,**
        Defendant.

--------------------------------------------------

**ORDER**

Cv-03-6249(FB)(SMG)

On August 25, 2005 the Court issued a Memorandum and Order granting defendants motion to compel arbitration. Accordingly it is

HEREBY ORDERED that this action is administratively closed without prejudice until such time the parties notify the court as to the out come of the arbitration and whether they want to continue the claims in this action.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       August 25, 2005

cc.: David Berenthal, Esq.
    Edmond Pryor, Esq.